*HAIGHT J*
*PART I*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WALTER E. RYAN, JR., derivatively on behalf of
CITIGROUP, INC.,

        Plaintiff,

        v.

CHARLES PRINCE, ROBERT E. RUBIN, SIR
WINFRIED BISCHOFF, ROBERT DRUSKIN,
WILLIAM R. RHODES, SALLIE L. KRAWCHECK,
DAVID C. BUSHNELL, STEVEN J. FREIBERG,
JOHN C. GERSPACH, MICHAEL S. HELFER,
MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B.
KADEN, GARY CRITTENDEN, RICHARD D.
PARSONS, FRANKLIN A. THOMAS, KENNETH T.
DERR, C. MICHAEL ARMSTRONG, JOHN M.
DEUTCH, ALAIN J.P. BELDA, ROBERTO
HERNANDEZ RAMIREZ, GEORGE DAVID, ANNE M.
MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS,
ROBERT L. RYAN, THOMAS G. MAHERAS,

        Defendants,

CITIGROUP, INC.,

        Nominal Defendant.

No. 07 Civ. 11581

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01-17-08

---

**STIPULATION AND PROPOSED ORDER REGARDING DEFENDANTS'
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

    WHEREAS the parties expect that all of the actions pending in this Court that relate to Citigroup's involvement with subprime mortgages will be litigated on a coordinated basis;

    WHEREAS the parties expect that an amended complaint will be filed on behalf of multiple plaintiffs in that coordinated action;

IT IS STIPULATED AND AGREED by and among the undersigned counsel for the parties that defendants shall have no obligation to answer, move against, or otherwise respond to the initial complaint in this action;

IT IS FURTHER STIPULATED AND AGREED that, upon the filing of an amended complaint: (a) defendants shall have sixty days to answer, move against, or otherwise respond; (b) papers opposing any motion to dismiss filed by defendants shall be filed within thirty days thereafter; and (c) defendants shall have an additional thirty days to file a reply to any such opposition; and

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses.

The parties have not previously requested any extensions of time in this case.

Dated:  New York, New York
        January 8, 2008

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
    Lawrence B. Pedowitz (LP 9718)

George T. Conway III (GC 3181)
Jonathan M. Moses (JM 9049)
John F. Lynch (JL 6661)
51 West 52nd Street
New York, New York 10019-6150
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for defendants Citigroup Inc., C. Michael Armstrong, Alain J.P. Belda, Sir Winfried Bischoff, George David, Kenneth T. Derr, John M. Deutch, Andrew N. Liveris, Anne M. Mulcahy, Richard D. Parsons, Roberto Hernandez Ramirez, Judith Rodin, Robert E. Rubin, Robert L. Ryan, and Franklin A. Thomas*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
       Brad S. Karp (BK 3702)

Richard A. Rosen  (RR 5132)
Lewis R. Clayton  (LC 7207)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-3990

*Attorneys for defendants Citigroup Inc., Charles
Prince, Robert Druskin, William R. Rhodes,
Sallie L. Krawcheck, David C. Bushnell, Steven J.
Freiberg, John C. Gerspach, Michael S. Helfer,
Michael Klein, Stephen R. Volk, Lewis B. Kaden,
Gary Crittenden, and Thomas G. Maheras*

01/17/08

_____
        Charles Haight
            USDJ

( PART I )

FARUQI & FARUQI LLP

By: _____
Christopher Marlborough (CM 6107)

David Leventhal (DL 7673)
Beth A. Keller (BK 9421)
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

Of Counsel:

KRISLOV & ASSOCIATES, LTD.
Clinton A. Krislov
Jeffrey M. Salas
20 North Wacker Drive, Suite 1350
Chicago, Illinois 60606
Telephone: (312) 606-0500
Facsimile: (312) 606-0207

*Attorneys for plaintiff*

SO ORDERED: 01/17/08

_____
U.S.D.J.