**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9841 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-9900 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., | Case No. 07-cv-10333 (SHS) |
| Plaintiff, | |
| vs. | |
| CHARLES PRINCE, ET AL., | |
| Defendants, | |
| -and- | |
| CITIGROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |

- 1 -

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., | : Case No. 07-cv-10344 (SHS) |
| Plaintiff, | : |
| vs. | : |
| CITIGROUP, INC., ET AL., | : |
| Defendants. | : |
| WALTER E. RYAN, JR., derivatively on behalf of CITIGROUP, INC., | : Case No. 07-cv-11581 (UA) |
| Plaintiff, | : |
| vs. | : |
| CHARLES PRINCE, ET AL., | : |
| Defendants, | : |
| -and- | : |
| CITIGROUP, INC., a Delaware Corporation, | : |
| Nominal Defendant. | : |

-------------------------------------------------------------X

**PROOF OF SERVICE REGARDING PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND <u>APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS</u>**

I, the undersigned, declare:

That on January 18, 2008, I served the following document(s):

PLAINTIFF JEFFREY HARRIS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS;

DECLARATION OF THOMAS G. AMON IN SUPPORT OF PLAINTIFF JEFFREY HARRIS' MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER

DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS; and

DECLARATION OF JEFFREY HARRIS IN SUPPORT OF HIS MOTION TO CONSOLIDATE ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS.

\_\_\_\_    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Service List from fax number (619) 525-3991 on this date before 5:00 p.m. The facsimile transmission was reported as complete and without error.

\_\_X\_\_    By placing the document(s) listed above in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties indicated below:

| | |
|---|---|
| Frank J. Johnson<br>Frank A. Bottini, Jr.<br>JOHNSON BOTTINI, LLP<br>655 W. Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 233-5535 | Clinton A. Krislov<br>Jeffrey M. Salas<br>KRISLOV & ASSOCIATES, LTD.<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>Telephone: (312) 606-0500<br>Facsimile: (312) 606-0207 |
| Jack Landskroner<br>LANDSKRONER GRIECO<br>   MADDEN, LTD<br>1360 West 9th, Suite 200<br>Cleveland, OH 44113<br>Telephone: (216) 522-9000<br>Facsimile: (216) 522-9007 | Brad S. Karp<br>PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |

\_\_\_\_    By causing the document(s) listed above to be served by a courier service on the following parties:

\_\_\_\_    By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties on the attached Service List.

\_\_X\_\_    By electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses list on the Electronic Mail Notice Lists:

| | |
|---|---|
| George T. Conway, III<br>GTConway@wlrk.com | David A. P. Brower<br>brower@browerpiven.com |
| John F. Lynch<br>jflynch@wlrk.com | Elizabeth Ann Schmid<br>schmid@browerpiven.com |
| Jonathan M. Moses<br>JMMoses@wlrk.com | Christopher Marlborough<br>cmarlborough@faruqilaw.com |

Lawrence B. Pedowitz
lbpedowitz@wlrk.com

Executed this 18th day of January, 2008.

                                          LAW OFFICES OF THOMAS G. AMON

                                          s/Thomas G. Amon
                                          THOMAS G. AMON (TGA-1515)
                                          250 West 57th Street, Suite 1316
                                          New York, NY 10107
                                          Telephone: (212) 810-2430
                                          Facsimile:  (212) 810-2427

                                          ROBBINS UMEDA & FINK, LLP
                                          BRIAN J. ROBBINS
                                          GEORGE C. AGUILAR
                                          SHANE P. SANDERS
                                          610 West Ash Street, Suite 1800
                                          San Diego, CA  92101
                                          Telephone: (619) 525-3990
                                          Facsimile:  (619) 525-3991

                                          Attorneys for Plaintiff