United States District Court
Southern District of New York

| |
|---|
| WALTER E. RYAN, JR., derivatively on behalf of Citigroup Inc., <br> v. <br> CHARLES O. PRINCE, ET AL., <br> Defendants. |

1:07-cv-11581-SHS

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties:**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Christopher Marlborough

☒ *Attorney*

    ☒    I am a U.S.D.C.., Southern District of New York attorney. My Bar Number is CM – 6107
    ☐    I am a Pro Hac Vice attorney
    ☐    I am a Governmental Agency attorney

☒ *Law Firm/Government Agency Association*

From: McCoyd, Parkas & Ronan, LLP
To:    FARUQI & FARUQI, LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency
    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*    369 Lexington Avenue, 10th Floor

☒    *Telephone Number:*    212-983-9330

☒    *Fax Number:*    212-983-9331

☒    *E-mail Address:*    cmarlborough@faruqilaw.com

Dated: February 4, 2008
    s/Christopher Marlborough
    Christopher Marlborough
    SDNY Bar No. CM-6107

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                                                           s/Christopher Marlborough

# Mailing Information for a Case 1:07-cv-11581-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher Marlborough**
  cmarlborough@faruqilaw.com

- **Brian James Robbins**
  notice@ruflaw.com

- **Elizabeth Ann Schmid**
  schmid@browerpiven.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)