USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WALTER E. RYAN, JR., derivatively on behalf of CITIGROUP, INC.,

        Plaintiff

v.

CHARLES PRINCE, ROBERT E. RUBIN, SIR WINFRIED BISCHOFF, ROBERT DRUSKIN, WILLIAM R. RHODES, SALLIE L. KRAWCHECK, DAVID C. BUSHNELL, STEVEN J. FREIBERG, JOHN C. GERSPACH, MICHAEL S. HELFER, MICHAEL KLEIN, STEPHEN R. VOLK, LEWIS B. KADEN, GARY CRITTENDEN, RICHARD D. PARSONS, FRANKLIN A. THOMAS, KENNETH T. DERR, C. MICHAEL ARMSTRONG, JOHN M. DEUTCH, ALAIN J.P. BELDA, ROBERTO HERNANDEZ RAMIREZ, GEORGE DAVID, ANNE M. MULCAHY, JUDITH RODIN, ANDREW N. LIVERIS, ROBERT L. RYAN, THOMAS G. MAHERAS,

        Defendants,

CITIGROUP, INC., a Delaware Corporation,

        Nominal Defendant.

---

No.1:07-cv-11581-SHS

**Order for Admission**
*Pro Hac Vice*
**on Written Motion**

Upon the motion of Christopher Marlborough, attorney for Plaintiff Walter E. Ryan, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Clinton A. Krislov, Esq.
> KRISLOV & ASSOCIATES, LTD.
> 20 North Wacker Drive, Suite 1350
> Chicago, IL 60606
> Telephone: 312-606-0500
> Facsimile: 312-606-0207
> clint@krislovlaw.com

is admitted to practice *pro hac vice* for Plaintiff Walter E. Ryan in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 2/4, 2008
New York, NY

United States District Judge
Sidney H. Stein