SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(See attached caption page)    Plaintiff,

- against -

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

___ cv ___ ( )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Thomas G. Amon    attorney for Gary Cinotto

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Francis A. Bottini, Jr. |
| Firm Name: | Johnson Bottini, LLP |
| Address: | 655 West Broadway, Suite 1400 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 230-0063 |
| Email Address: | frankj@johnsonbottini.com |

is admitted to practice pro hac vice as counsel for Gary Cinotto in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/28/08
City, State: NY NY

United States District/~~Magistrate~~ Judge

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY HARRIS, Derivatively On Behalf of CITIGROUP, INC., </br></br> Plaintiff, </br> vs. </br></br> CHARLES PRINCE, et al., </br></br> Defendants, </br></br> -and- </br></br> CITIGROUP, INC., a Delaware corporation, </br></br> Nominal Defendant. | Case No. 07-CV-9841 (SHS) |
| GARY CINOTTO, Derivatively On Behalf of CITIGROUP, INC., </br></br> Plaintiff, </br> vs. </br></br> CHARLES PRINCE, et al., </br></br> Defendants, </br></br> -and- </br></br> CITIGROUP, INC., </br></br> Nominal Defendant. | Case No. 07-CV-9900 (SHS) |
| BENJAMIN NATHANSON, Derivatively On Behalf of CITIGROUP, INC., </br></br> Plaintiff, </br> vs. </br></br> CHARLES PRINCE, et al., </br></br> Defendants, </br></br> -and- </br></br> CITIGROUP, INC., </br></br> Nominal Defendant. | Case No. 07-CV-10333 (SHS) |

[Caption continued on following page.]

| | |
|---|---|
| SAM COHEN, Derivatively On Behalf of CITIGROUP, INC., | ) Case No. 07-CV-10344 (SHS) |
| Plaintiff, | ) |
| vs. | ) |
| CHARLES PRINCE, et al., | ) |
| Defendants, | ) |
| -and- | ) |
| CITIGROUP, INC., | ) |
| Nominal Defendant. | ) |
| WALTER E. RYAN, JR., Derivatively On Behalf of CITIGROUP, INC., | ) Case No. 07-CV-11581 (SHS) |
| Plaintiff, | ) |
| vs. | ) |
| CHARLES PRINCE, et al., | ) |
| Defendants, | ) |
| -and- | ) |
| CITIGROUP, INC., | ) |
| Nominal Defendant. | ) |